FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FRED G. LABANKOFF. | No. 09-73191 |
| FRED G. LABANKOFF; et al., | ORDER |
| Petitioners, | |
| v. | |
| BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, | |
| Respondent, | |
| GMAC; et al., | |
| Real Parties in Interest. | |

Before: GOODWIN, RYMER and CLIFTON, Circuit Judges.

Petitioners have not demonstrated that this case warrants the intervention of

this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition

is denied.

KB/MOATT